IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUNTRUST BANK,
    Plaintiff,

vs.                                          5:09cv77/RS/MD

RICHARD F. SHOCKLEY a/k/a
RICHARD FRANK SHOCKLEY, a/k/a
RICHARD SHOCKELY a/k/a
RICHARD N. DAVIS a/k/a
RICK DAVIS a/k/a
R. SHOCKLEY RICHARD and

DEBORAH SHOCKLEY a/k/a
DEBORAH A. SHOCKLEY a/k/a
DEBORAH ANN SHOCKLEY a/k/a
DEBORAH S. SHOCKLEY a/k/a
A. SHOCKLEY DEBORAH a/k/a
DEBORAH CHAPMAN-SHOCKLEY,
    Defendants.

---

## **O R D E R**

    This cause is before the court upon defendants' response to action (doc. 6). Defendants contend, and the attachments to the response reflect, that defendants are already parties to an action by another legal firm on the same debt that plaintiff seeks to recover in this case. Before the court enters an initial scheduling order, the plaintiff will be required to file a notice to the court indicating the status of the Bay County litigation on the same debt, and the reason for the apparently duplicative collection efforts.

    Accordingly, it is ORDERED:

    Within twenty days from the date of this order, plaintiff shall file and serve a "notice to the court" as set forth herein.

DONE AND ORDERED this 31st day of March, 2009.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**