IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUNTRUST BANK,

    Plaintiff,

vs.                                            CASE NO. 5:09cv77/RS-MD

RICHARD F. SHOCKLEY and
DEBORAH SHOCKLEY,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Plaintiff's Objections (Doc. 18). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion For Judgment On The Pleadings (Doc. 14) is denied.

3. This case is dismissed without prejudice. The parties shall complete binding arbitration in accordance with the provisions of the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq*, as contemplated by the parties' original agreement.

**ORDERED** on June 23, 2009.

                                            /S/ Richard Smoak_____
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**